WILLIAMS v. NATIONWIDE MUT. INS. CO.

[360 N.C. 586 (2006)]

DEBBIE C. WILLIAMS AND ASHLEY NICOLE WILLIAMS v. NATIONWIDE MUTUAL INSURANCE COMPANY

No. 712PA05

(Filed 6 October 2006)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 174 N.C. App. 601, 621 S.E.2d 644 (2005), affirming an order granting summary judgment entered 27 May 2004 by Judge Russell J. Lanier, Jr. in Superior Court, Lenoir County. Heard in the Supreme Court 13 September 2006.

*Wyrick, Robbins, Yates, & Ponton, LLP, by K. Edward Greene, and White & Allen, P.A., by Matthew S. Sullivan, for plaintiff-appellees.*

*George L. Simpson, III, for defendant-appellant.*

*Larcade, Heiskell & Askew, PLLC, by Roger A. Askew and Jodee S. Larcade, for the North Carolina Association of Defense Attorneys, amicus curiae.*

*Maynard & Harris Attorneys At Law, PLLC, by C. Douglas Maynard, Jr., and Holly M. Bryan for the North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice MARTIN did not participate in the consideration or decision of this case.